ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA     §
    §    No. 4:21-CR-304
v.     §    Judge Jordan
    §
FRANKLIN JACKSON MINA-     §
VALENCIA (3)

## FACTUAL BASIS

The defendant, FRANKLIN JACKSON MINA-VALENCIA, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant, FRANKLIN JACKSON MINA-VALENCIA, who is changing his plea to guilty, is the same person charged in the Indictment.

2. That FRANKLIN JACKSON MINA-VALENCIA and one or more persons in some way or manner made an agreement to commit the crime charged in the Indictment, that is to possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, while onboard a vessel subject to the jurisdiction of the United States.

3. That FRANKLIN JACKSON MINA-VALENCIA knew the unlawful purpose of the agreement and joined in it with the intent to further it.

4. That FRANKLIN JACKSON MINA-VALENCIA knew that the amount involved during the term of the conspiracy involved at least 450 kilograms of a mixture or substance containing a detectable amount of cocaine. This amount was involved in the

Factual Basis
Page 1

conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

5.    That FRANKLIN JACKSON MINA-VALENCIA and others were transporting approximately 3,850 kilograms of cocaine on board a vessel subject to the jurisdiction of the United States, in that the vessel was one without nationality. When approached by United States Coast Guard officials, the vessel displayed no flag and had no registration documents and no other indicia of nationality. The master or person in charge of the boat claimed Colombian nationality of the vessel. However, Colombia could neither confirm nor deny nationality of the boat, and thus, it was a vessel without nationality under 46 U.S.C. § 70502(d)(1)(C), and subject to the jurisdiction of the United States under 46 U.S.C. § 70503(c)(1)(A).

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6.    I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 19 /10/23

_____
FRANKLIN JACKSON MINA-VALENCIA
Defendant

Factual Basis
Page 2

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7.      I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: ____10/19/23____      _____
                                                    JOSEPH MONGARAS JR.
                                                    Attorney for the Defendant

Factual Basis
Page 3